**426**

Richard S. SHELY, Jr., Appellant,

v.

Mary L. SHELY, Appellee.

Court of Appeals of Kentucky.

April 20, 1973.

Rehearing Denied Oct. 12, 1973.

F. Selby Hurst, Lexington, for appellant.

Weldon Shouse, Lexington, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

BOARD OF EDUCATION OF JEFFERSON COUNTY, Kentucky

v.

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS.

Court of Appeals of Kentucky.

May 18, 1973.

Rehearing Denied Sept. 28, 1973.

E. Preston Young, Louisville, for appellant.

Carl T. Miller, General Counsel, Dept. of Highways, Frankfort, Charles S. Cassis, Marshall, Cochran, Heyburn & Wells, Robert A. Becht, Louisville, Paul E. Hunley, Dept. of Highways, Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Mose McCOOL, Appellant,

v.

L. K. L. P. COMMUNITY ACTION COUNCIL, INC., et al., Appellees.

Court of Appeals of Kentucky.

May 18, 1973.

Rehearing Denied Sept. 28, 1973.

Polly & Craft, Whitesburg, for appellant.

Craft, Barret, Haynes & Ward, Hazard, Robert D. Hawkins, Chief Counsel, Department of Labor, Div. of Special Fund, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Mary HANDLEY, Individually and as Executrix of the Estate of Dixie Smith, Appellants,

v.

Georgia WADDLE et al., Appellees.

Court of Appeals of Kentucky.

June 1, 1973.

Rehearing Denied Sept. 14, 1973.

Michael R. Dowling, Diederich, Hermansdoerfer & Wilson, Ashland, for appellants.

W. H. Dysard, H. Gene Baldridge, Ashland, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.